# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DATATECH IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:14-cv-00915-JRG-RSP |
| | ) |
| WILLIAMSON-DICKIE | ) |
| MANUFACTURING COMPANY | ) (Consolidated Action Lead Case) |
| | ) |
| Defendant, | ) **JURY TRIAL DEMANDED** |
| | ) |
| v. | ) Civil Action No. 2:14-cv-00916-JRG-RSP |
| | ) |
| | ) Member Case |
| GOLFSMITH INTERNATIONAL, | ) |
| INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF COMPLIANCE

Please take notice that on February 13, 2015, Plaintiff DataTech IP, LLC ("Plaintiff") respectfully served its Initial and Additional Disclosures on Defendant Golfsmith International, Inc. pursuant to the Court's Docket Control Order (D.E. 46) and Fed R. Civ. P. 26(a)(1).

Dated: February 13, 2015  /s/ Matt Olavi
Matt Olavi CA SB #265945
molavi@olavidunne.com
Olavi Dunne LLP
800 Wilshire Boulevard, Suite 320
Los Angeles, CA 90017
Telephone: (213) 516-7900
Facsimile: (213) 516-7910

/s/ Andrew W. Spangler
Andrew W. Spangler TX SB #24041960
spangler@spanglerlawpc.com
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403

*Attorneys for Plaintiff*
*DataTech IP LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of February, 2015.

/s/ Matt Olavi
Matt Olavi